**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **BURMA TASK FORCE, HITAY LWIN OO, AND JOHN DOES,** ) ) ) ) ) ) **Plaintiffs,** ) ) v. ) ) **THEIN SEIN, WUNNA MAUNG LWIN,** ) **THEIN HTAY, KHIN YI, MAUNG OHN,** ) **KO KO,** ) ) **Defendants.** ) ) | Civ. No. **15 Civ. 7772** **(LGS)** STATUS REPORT Hon. Lorna G. Shofield May 5, 2016 |

Dear Judge Schofield:

Pursuant to this Court's Order, the Plaintiffs hereby submit the status regarding this case. Defendants Thein Sein and Wunna Maung Lwin have been dismissed from the lawsuit per the order of this court on March 30, 2016. Please be advised Plaintiffs have made attempts to procure service by mail against the remaining defendants in this case Thein Htay, Khin Yi, Maung Ohn, and Ko Ko. According to our process servers, the following was served by mail:  Ko Ko on February 26, 2016. There has been no response or answer to Plaintiffs by this defendant. Plaintiffs are still attempting to effectuate service on the remaining two defendants.

Regards,

*/s/* Babak Pourtavoosi, Esq.
Babak Pourtavoosi, Esq.

1