UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
BURMA TASK FORCE, et al.,

                              Plaintiffs,

            -against-

THEIN SEIN, et al.,

                              Defendants.
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/21/2016

15 Civ. 7772 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by Order on June 2, 2016, Plaintiffs were ordered to show cause in a written submission filed by July 15, 2016, why this action should not be dismissed for failure to prosecute for the reasons stated in the order, and were ordered to appear for a hearing on July 21, 2016;

      WHEREAS, Plaintiffs did not file a written submission or appear for the hearing; it is hereby

      **ORDERED** that this case is dismissed for failure to prosecute.  *See Lyell Theatre Corp. v. Loews Corp.*, 682 F.2d 37, 42 (2d Cir. 1982) (holding that a district court's authority to dismiss an action for plaintiff's failure to prosecute "cannot seriously be doubted").  The Clerk of Court is directed to close the case.

Dated: July 21, 2016
       New York, New York

                                                      _____
                                                        LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE